THE PLEASANT RUN GRAVEL ROAD COMPANY *v.* VAN SICKLE and Others.

APPEAL from the Marion Civil Circuit Court.

RAY, J.—For the reasons stated in *The Center & Warren Turnpike Co.* v. *Black, ante,* the demurrer to the answer should have been overruled.

Judgment reversed, with costs.

*L. Barbour* and *C. P. Jacobs,* for appellant.

*W. Wallace,* for appellees.